# NO. 12-10-00278-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JEFFREY L. WEINSTEIN, JAMES H. OWEN AND WEINSTEIN LAW FIRM/ JEFFREY L. WEINSTEIN, P.C., APPELLANTS* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW #3* |
| *PELTIER ENTERPRISES, INC. d/b/a PELTIER NISSAN, APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant Jeffrey Weinstein and Appellee Peltier Enterprises, Inc. d/b/a Peltier Nissan have filed an unopposed motion to dismiss this appeal.[1]  In their motion, the parties state that they have reached a resolution of this dispute and no longer wish to pursue the appeal.  Because the parties have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is *dismissed*.

Opinion delivered April 29, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)

---

[1] Jeffrey Weinstein, James H. Owen, and Weinstein Law Firm/Jeffrey Weinstein, P.C., filed a joint notice of appeal.  The notice of appeal was signed by their joint counsel, and counsel filed a brief on behalf of all three appellants.  The brief includes a statement that James H. Owen and the Weinstein Law Firm/Jeffrey Weinstein, P.C., are no longer pursuing their appeals.  Consequently, they did not join in the motion to dismiss.